IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Clemens, John J

Printed: 11/11/08

Case Number: 07 B 06439
Judge: Wedoff, Eugene R
Filed: 4/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: August 18, 2008
Confirmed: June 21, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 29,916.00 |  |
| Secured: |  | 24,730.56 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,906.33 |
| Trustee Fee: |  | 1,617.11 |
| Other Funds: |  | 1,662.00 |
| Totals: | 29,916.00 | 29,916.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 1,906.33 | 1,906.33 |
| 2. | Franklin Credit Management Corporation | Secured | 9,892.80 | 9,892.80 |
| 3. | Cook County Treasurer | Secured | 880.73 | 880.73 |
| 4. | Franklin Credit Management Corporation | Secured | 40,162.66 | 13,957.03 |
| 5. | St Margaret Mercy Hospital | Unsecured | 1,358.52 | 0.00 |
| 6. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 7. | First Premier Bank | Unsecured |  | No Claim Filed |
| 8. | Pierce & Associates | Unsecured |  | No Claim Filed |
| 9. | Keynote Consuling | Unsecured |  | No Claim Filed |
| 10. | Consumer Collections Inc | Unsecured |  | No Claim Filed |
| 11. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 12. | Comcast | Unsecured |  | No Claim Filed |
| 13. | Nicor Gas | Unsecured |  | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured |  | No Claim Filed |
|  |  |  | $ 54,201.04 | $ 26,636.89 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 1,076.96 |
| 6.5% | 540.15 |
|  | $ 1,617.11 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Clemens, John J | Case Number:  07 B 06439 |
| | Judge:  Wedoff, Eugene R |
| Printed: 11/11/08 | Filed:  4/11/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

